Prober & Raphael, A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
F.040-1716
Attorneys for Secured Creditor U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CHARLES TURNBULL AND CHRISTINE RENEE TURNBULL,<br><br>Debtors. | Bk. No. 10-11432<br><br>CHAPTER 7<br><br>R.S. No. DRP – 787<br><br><br>Hearing-<br>Date : June 24, 2010<br>Time : 9:00 AM<br>Place : U.S. Bankruptcy Court<br>       99 South E Street<br>       Santa Rosa, California<br>       Courtroom (bkcy) |

<u>CERTIFICATE OF SERVICE</u>

-1-

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Danielle Seth-Hunter, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is P. O. Box 4365, Woodland Hills, California 91365-4365.

On June 8, 2010, I served the within NOTICE OF MOTION, MOTION FOR RELIEF FROM AUTOMATIC STAY, EXHIBITS IN SUPPORT, and DECLARATION IN SUPPORT OF MOTION on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows or via E-Notice:

U.S. Bankruptcy Court
Judge Alan Jaroslovsky
Attention: Chambers Copies
99 South E. Street
Santa Rosa, CA 95404

Charles Turnbull
Christine Renee Turnbull
4536 Fairway Drive
Rohnert Park, CA 94928
Debtors

Michael C. Fallon, Esquire
Law Offices of Michael C. Fallon
100 E Street, #219
Santa Rosa, CA  95404
Attorney for Debtors

Jeffry Locke
530 Alameda Del Prado, #396
Novato, CA 94949
Chapter 7 Trustee

U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

-2-
Case: 10-11432    Doc# 17-1    Filed: 06/08/10    Entered: 06/08/10 12:34:36    Page 2 of 3

| | |
|---|---|
| 1 | I certify under penalty of perjury that the foregoing is true and correct. |
| 2 | Executed on June 8, 2010 at Woodland Hills, California. |
| 3 | |
| 4 | |
| 5 | /s/   Danielle Seth-Hunter |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Case: 10-11432   Doc# 17-1   Filed: 06/08/10   Entered: 06/08/10 12:34:36   Page 3 of 3