Prober & Raphael, A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
F.040-1716
Attorneys for Secured Creditor U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bk. No. 10-11432 |
| | ) |
| CHARLES TURNBULL AND CHRISTINE RENEE TURNBULL, | ) CHAPTER 7 |
| | ) |
| | ) R.S. No. DRP - 787 |
| Debtors. | ) |
| _____ | ) |
| U.S. BANK, N.A. SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, FA, its assignees and/or successors in interest, | ) |
| | ) |
| Secured Creditor, | ) |
| vs. | ) |
| | ) |
| CHARLES TURNBULL AND CHRISTINE RENEE TURNBULL; JEFFRY LOCKE, Trustee, | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

WAIVER OF REQUIREMENT UNDER 11 U.S.C. §362(e)

Please be advised that the Secured Creditor hereby waives the requirements for a hearing within thirty (30) days as required by 11 U.S.C. §362(e).

DATED: June 1, 2010     Respectfully submitted,

/s/ Dean R. Prober Esquire
DEAN R. PROBER, ESQUIRE, #106207
Attorney for Secured Creditor