Entered on Docket
June 28, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed: June 28, 2010

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

| | |
|---|---|
| Prober & Raphael, | |
| A Law Corporation | |
| Dean Prober, Esquire, #106207 | |
| Lee S. Raphael, Esquire, #180030 | |
| Cassandra J. Richey, Esquire #155721 | |
| David F. Makkabi, Esquire #249825 | |
| P.O. Box 4365 | |
| Woodland Hills, CA 91365-4365 | |
| (818) 227-0100 | |

Attorneys for Secured Creditor
U.S. Bank, N.A. successor in interest to
the FDIC as receiver for Downey
Savings and Loan Association, FA
F.040-1716

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Bk. No. 10-11432 |
| CHARLES TURNBULL AND CHRISTINE RENEE TURNBULL, | ) ) | CHAPTER 7 |
| Debtors. | ) ) | R.S. No. DRP – 787 |
| | ) ) | ORDER FOR RELIEF FROM AUTOMATIC STAY |
| | ) ) | Hearing- |
| | ) ) | Date : 6/24/10 |
| | ) ) | Time : 9:00 a.m. |
| | ) ) | Place : U.S. Bankruptcy Court |
| | ) ) |         99 South E Street |
| | ) ) |         Santa Rosa, California |
| _____ | ) |         Courtroom (bkcy) |

      The Motion for Relief from Automatic Stay of U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest, came on for hearing on June 24, 2010 at 9:00 a.m., before the Honorable Alan Jaroslovsky. Appearances are as set forth in the Court's docket.

      The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

-1-

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **12422 West Scotts Drive, El Mirage, Arizona** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER**