Entered on Docket
September 09, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: September 09, 2010



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

| | |
|---|---|
| 1 | MARISOL A. NAGATA |
| 2 | State Bar No. 221387 |
|   | BARRETT DAFFIN FRAPPIER |
| 3 | TREDER & WEISS, LLP |
|   | 20955 Pathfinder Road, Suite 300 |
| 4 | Diamond Bar, California 91765 |
|   | (626) 915-5714 – Phone |
| 5 | (972) 661-7726 - Fax |
|   | File No. 1723329 |
| 6 | ndcaecf@BDFGroup.com |

Attorney for Movant
WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE,
A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS
WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS
BANK, FSB, ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:
CHARLES TURNBULL,
CHRISTINE RENEE TURNBULL,

Debtors.

CASE NO.: 10-11432 AJ-7

CHAPTER: 7

R.S. NO.: EAT-952

ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

DATE: August 12, 2010
TIME: 9:00 a.m.
PLACE: U.S. Bankruptcy Court
99 South E Street
Santa Rosa, California

The motion of Secured Creditor, WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB ("Movant), ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, the

HONORABLE ALAN JAROSLOVSKY, United States Bankruptcy Judge presiding. All appearances were noted on the record. For the reasons set forth on the record and in the minutes of the proceedings, it is

ORDERED, ADJUDGED AND DECREED that the automatic stay imposed by *11 U.S.C. § 362(a)* shall be and is hereby terminated, as to Movant, its successors and assigns, thereby permitting enforcement of its contractual default remedies against the security described in that certain Deed of Trust recorded on October 8, 2004 in Book No. 20041008 on Page 0002635 in the Office of the County Recorder of Clark County, Nevada, including that certain real property commonly known as **7500 Pacific Ridge Avenue, Las Vegas, Nevada 89128** and legally described as follows:

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF CLARK, STATE OF NEVADA, DESCRIBED AS FOLLOWS:

LOT 110 IN BLOCK 5 OF SORRENTO UNIT NO. 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 54 OF PLATS, PAGE 77, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

APN: 138-22-313-012.

ORDERED, ADJUDGED AND DECREED that Movant, its successors and assigns, shall be and are hereby authorized to enforce its rights and remedies under applicable non-bankruptcy law with regard to the above collateral, all in accordance with the laws of the State of Nevada.

ORDERED, ADJUDGED AND DECREED that the terms of this Order shall be deemed effective and enforceable immediately upon its entry with no stay on its enforcement as prescribed by *Rule 4001(a)(3)* of the *Federal Rules of Bankruptcy Procedure*.

** END OF ORDER **