

Signed: December 10, 2010

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

MARISOL A. NAGATA
State Bar No. 221387
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(972) 661-7726 - Fax
File No. 1720648
ndcaecf@BDFGroup.com

Attorney for Movant
WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE,
A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS
WACHOVIA MORTGAGE, FSB, ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>CHARLES TURNBULL,<br>CHRISTINE RENEE TURNBULL,<br><br>Debtors. | CASE NO.: 10-11432 AJ-7<br>CHAPTER: 7<br>R.S. NO.: EAT-1074<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>DATE: November 10, 2010<br>TIME: 9:00 a.m.<br>PLACE: U.S. Bankruptcy Court<br>99 South E Street<br>Santa Rosa, California |

The motion of Secured Creditor, WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB ("Movant"), ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, the HONORABLE ALAN JAROSLOVSKY, United States Bankruptcy Judge presiding. All appearances were notated on the record. For the reasons set forth on the record and

in the minutes of the proceedings, it is

ORDERED, ADJUDGED AND DECREED that the automatic stay imposed by *11 U.S.C. § 362(a)* shall be and is hereby terminated as to Movant, its successors and assigns, thereby permitting enforcement of its contractual default remedies against the security described in that certain Deed of Trust recorded on October 22, 2004 in Book No. 20041022 on Page 0001724 in the Office of the County Recorder of Clark County, Nevada, including that certain real property commonly known as **908 Rockview Drive, Unit No. 202, Las Vegas, Nevada 89128** and legally described as follows:

A CONDOMINIUM COMPOSED OF:

PARCEL ONE (1) (COMMON AREAS): AN UNDIVIDED 1/40TH INTEREST IN PHASE 2 AS TENANT IN COMMON IN THE COMMON AREAS OF ROCK SPRINGS VISTA, UNIT 6, AS SHOWN BY MAP THEREOF ON FILE RECORDED MAY 31, 1990 IN BOOK 46, PAGE 25, CLARK COUNTY, NEVADA RECORDS, AND BY CERTIFICATE OF AMENDMENT RECORDED JULY 3, 1990 IN BOOK 900703 OF OFFICIAL RECORDS AS DOCUMENT NO. 00805.

EXCEPTING THEREFROM THE FOLLOWING: ALL LIVING UNITS SHOWN IN PHASE 2 OF THE ROCK SPRINGS VISTA, UNIT 6, PLAT RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, ON MAY 31, 1990 IN BOOK 46, PAGE 25, AND BY CERTIFICATE OF AMENDMENT RECORDED JULY 3, 1990 IN BOOK 900703 AS DOCUMENT NO. 00805.

AND RESERVING THEREFROM: THE RIGHT TO POSSESSION OF ALL THOSE AREAS DESIGNATED AS EXCLUSIVE USE AREA: AS SHOWN UPON THE CONDOMINIUM PLAT REFERRED TO ABOVE;

AND FURTHER RESERVING THEREFROM FOR THE BENEFIT OF THE OWNERS OF CONDOMINIUMS IN PHASES 1 AND 3, NON-EXCLUSIVE EASEMENTS ON, OVER AND UNDER THE COMMON AREA AS DEFINED AND SHOWN UPON THE CONDOMINIUM PLAT REFERRED TO ABOVE FOR INGRESS, EGRESS AND RECREATIONAL USE, SUBJECT TO THE TERMS AND AS MORE PARTICULARLY SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS TO WHICH REFERENCE IS HEREAFTER MADE, EXCEPTING FROM THE COMMON AREA ANY RESIDENTIAL BUILDINGS THEREON AND ANY PORTION THEREOF WHICH IS DESIGNATED AS AN EXCLUSIVE USE AREAS.

PARCEL TWO (2) (LIVING UNIT): LIVING UNIT NO. 202 IN BUILDING 17 AS SHOWN UPON THE CONDOMINIUM PLAT REFERRED TO ABOVE.

PARCEL THREE (3) (EXCLUSIVE USE AREAS): THE EXCLUSIVE RIGHT TO USE, POSSESSION AND OCCUPANCY OF THOSE PORTIONS OF THE COMMON AREA BEING DESCRIBED UPON THE PLAT AS AC, BALCONIES, FIREPLACE EASEMENTS, PATIOS, AND STORAGE AREAS, ASSIGNED CARPORTS (EXCLUSIVE USE AREAS), AND THE STAIRWAYS WHICH ARE APPURTENANT TO AND FOR THE EXCLUSIVE USE OF PARCEL TWO (2).

PARCEL FOUR (4) (PHASED AREAS): A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND RECREATIONAL USE, ON, OVER AND UNDER THE COMMON AREAS OF PHASES 1 AND 3 WHICH EASEMENT IS APPURTENANT TO PARCELS ONE (1), TWO (2) AND THREE (3) DESCRIBED ABOVE. THIS EASEMENT SHALL BE EFFECTIVE ONLY UNTIL RECORDATION PRIOR TO EXPIRATION OF RIGHT TO ANNEX OF A DECLARATION OF ANNEXATION DECLARING PHASES 1 AND 3, RESPECTIVELY, TO BE SUBJECT TO THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS ("DECLARATION") TO WHICH REFERENCE IS HEREAFTER MADE OR A SEPARATE DECLARATION, WHICH REQUIRES THE OWNERS OF CONDOMINIUMS IN PHASE 1 AND 3, RESPECTIVELY, TO BE MEMBERS OF THE ASSOCIATION.

PARCEL FIVE (5): A NON-EXCLUSIVE EASEMENT ON, OVER AND UNDER THE ASSOCIATION COMMON AREA AS DEFINED AND SHOWN UPON THE CONDOMINIUM PLAT REFERRED TO ABOVE FOR INGRESS, EGRESS AND RECREATIONAL USE, SUBJECT TO THE TERMS AND AS MORE PARTICULARLY SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS TO WHICH REFERENCE IS HEREAFTER MADE.

APN NO:138-28-610-068.

ORDERED, ADJUDGED AND DECREED that Movant, its successors and assigns, shall be and are hereby authorized to enforce its rights and remedies under applicable non-bankruptcy law with regard to the above collateral, all in accordance with the laws of the State of Nevada.

**END OF ORDER**